## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25987-RAR

ALBION BRAND FOUNDRY LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 20, 2025.    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

## Schedule A Defendants

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | King Go Glad Store | https://www.walmart.com/global/seller/102770049 |
| 2 | UsChenxishop | https://www.walmart.com/global/seller/102891973 |
| 3 | gelingcanyin | https://www.walmart.com/global/seller/102808521 |
| 4 | pinshang industry | https://www.walmart.com/global/seller/101629772 |